# United States Court of Appeals
## For the First Circuit

No. 05-2522

ADAM JENNINGS,

Plaintiff, Appellant,

v.

KENNETH JONES,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on March 7, 2007 is amended as follows:

Page 65, line 10:  replace "findings of facts" with "findings of fact"

Page 71, in footnote 39, second line:  replace "entering a JMOL" with "entering JMOL"

Page 76, first line of block quote:  replace "[plaintiffs]" with "[Plaintiffs]"

Page 80, line 4:  replace "See Wilson v. Layne, 526 U.S. 603, 615 (1999)" with "See Wilson, 526 U.S. at 615"

Page 80, in footnote 42, sixth line from the end:  replace "Priester, 208 F.3d at 926" with "Priester v. City of Riviera Beach, 208 F.3d 919, 926 (11th Cir. 2000)"

Page 81, line 15:  replace "Brady v. Dill, 187 F.3d 104, 116 (1st Cir. 1999)." with "Brady, 187 F.3d at 116."

Page 89, line 7:  delete ","

Page 100, line 8:  replace "its" with "their"

Page 102, line 11:  replace "principal" with "principle"

Page 108, line 7:  replace "emphasis" with "emphases"

Page 111, footnote 57, lines 7-12:  do not indent margins; these lines are not part of the block quote